Mark A. Weisbart
The Law Offices of Mark A. Weisbart
12770 Coit Road, Suite 541
Dallas, Texas 75251
Telephone (972) 628-3694
Facsimile (972) 628-3687

Attorneys for Linda S. Payne,
Chapter 7 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| INTEGRA HOSPITAL PLANO, LLC, | § § § | Case No. 08-42998 |
| Debtors. | § | |
| | | |
| LINDA S. PAYNE, TRUSTEE | § § | |
| Plaintiff, | § § | |
| vs. | § § | Adversary No. 10-04245 |
| AMERISOURCEBERGEN DRUG CORP., *et al.*, | § § § § | |
| Defendants. | § | |

## STIPULATION

**TO THE HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE:**

LINDA S. PAYNE, Chapter 7 Trustee ("Trustee") for Integra Hospital Plano, LLC ("IHP" or "Debtor") and Defendant Laboratory Corporation of America ("LabCorp" or "Defendant") hereby stipulate as follows:

1. The Trustee filed her Complaint initiating the above referenced adversary proceeding on November 4, 2010.

2. The Trustee served Defendant LabCorp with a Summons and copy of the Complaint on or about November 10, 2010.

3. The Trustee stipulates and agrees to extend the deadline for Defendant LabCorp to file and serve an answer or other responsive pleading as set forth herein.

4. The parties hereby stipulate and agree that Defendant LabCorp shall file and serve an answer or other responsive pleading on or before January 11, 2011.

Respectfully submitted,

/s/ Mark A. Weisbart
Mark A. Weisbart
Texas Bar No. 21102650
12770 Coit Road, Suite 541
Dallas, Texas 75251
Tel: (972) 628-3694
Fax: (972) 628-3687
weisbartm@earthlink.net

COUNSEL FOR PLAINTIFF

\s\ D. Kevin McCorkindale
D. Kevin McCorkindale
Kasselman & McCorkindale
5032 Hummingbird Land
Plano, Texas 75093-7526
Phone 972-378-5703
Fax: 972-202-4470
kevinmccorkindale@msn.com

COUNSEL FOR DEFENDANT